**Stephanie JACKSON, Respondent,**

v.

**HIGHER EDUCATION LOAN AUTHORITY OF MISSOURI, et al., Appellants.**

**ED 102986**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: January 19, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
February 29, 2016

Application for Transfer Denied
May 3, 2016

Clifford A. Godiner, Timothy J. Sarsfield, One US Bank Plaza, St. Louis, MO 63101, for appellants.

Michael Waxenberg, 230 S Bemiston Avenue, Suite 1420, St. Louis, MO 63105, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Appellants Higher Education Loan Authority of the State of Missouri, Raymond H. Bayer, Jr., and Christian Lee, appeal the trial court's judgment denying their motion to compel arbitration. We have reviewed the briefs of the parties and the record on appeal, and no error of law appears. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).